■ In the Matter of RONALD M. ACKRIDGE, Petitioner, v BRUCE TOLBERT, as Justice of the Supreme Court of the State of New York, Respondent. [801 NYS2d 541]—Proceeding pursuant to CPLR article 78 in the nature of mandamus, inter alia, to compel the respondent, Bruce Tolbert, a Justice of the Supreme Court, Westchester County, to determine the petitioner's motion to vacate an order of protection issued in *People v Ackridge,* in the Supreme Court, Westchester County, under indictment No. 02-6168.

Ordered that the application to prosecute the proceeding as a poor person is granted to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and the application is otherwise denied as academic; and it is further,

Adjudged that the petition is dismissed, without costs or disbursements.

The petitioner has failed to join persons who are necessary parties to the proceeding (*see* CPLR 1001). H. Miller, J.P., Cozier, Crane and Rivera, JJ., concur.